UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LYNN ZELVIN, individually and on behalf of all others similarly situated,

                              Plaintiffs,

    -against-

ZAGG, INC.

                              Defendant.
-----------------------------------------------------------------X

Case No. 1:23-cv-8822

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs. Each party will bear its own costs and fees.

Dated: April 1, 2024

New York, New York

| | |
|---|---|
| Mars Khaimov Law, PLLC | Willkie Farr & Gallagher LLP |
| By: _____ | By: _____ |
| Mars Khaimov, Esq. | Jeffrey B. Korn, Esq. |
| 100 Duffy Avenue, Suite 510 | 787 Seventh Avenue |
| Hicksville, New York 11801 | New York NY 10019-6099 |
| Tel.: 929.324.0717 (direct) | +1 212 728 8842 |
| mars@khaimovlaw.com | jkorn@willkie.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED:
U.S.D.J

_____
J. PAUL OETKEN
United States District Judge

4/2/2024

4895-5040-3388.1